**No. 56075.**—Schall & Co. *v.* United States, protests 157493–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper or papier-mâché boxes the same in all material respects as those the subject of *B. Shackman & Co. v. United States* (26 Cust. Ct. 111, C. D. 1309), the claim of the plaintiff was sustained.

**No. 56076.**—B. Shackman & Co. *v.* United States, protests 165737–K, 169601–K, and 170103–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper boxes the same in all material respects as those the subject of *B. Shackman & Co. v. United States* (26 Cust. Ct. 111, C. D. 1309), the claim of the plaintiff was sustained.

**No. 56077.**—Mr. W. W. White—Esso Export Corp. *v.* United States, protest 168851–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper-covered periodicals issued within 6 months prior to the time of entry and that they are devoted to current literature of the day, are issued regularly at stated periods, and bear the date of issue, the claim for free entry under paragraph 1726 was sustained.